UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERRIS A. CHRISTIAN,

                           Plaintiff,

            -against-

BEVERLY SAMUELS,

                           Defendant.

25cv3434 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the February 25, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    May 8, 2026
            New York, New York


                                    /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                Chief United States District Judge